UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
JUNIOR RICHARDS,

                Plaintiff,                              <u>ORDER</u>

     -against-                                  CV 10-4544 (LDW)(ETB)

NORTH SHORE LONG ISLAND JEWISH
HEALTH SYSTEM, AND NICHOLAS F.
CAMERANO,

                Defendants.
-----------------------------------------------------------------------X

       The Court has reviewed the Amended Affidavit of Expenses and Attorney Fees provided by Lauren M. Levine, counsel for defendants herein, dated April 18, 2013. The Court finds the hourly rates of counsel and the time spent to be reasonable.

       Accordingly, plaintiff shall make payment to defendants in the sum of $1,845.00 no later than fourteen (14) days from the date of this Order.

**SO ORDERED:**

Dated: Central Islip, New York
       May 8, 2013

                                                /s/ E. Thomas Boyle
                                               E. THOMAS BOYLE
                                               United States Magistrate Judge